```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 8/9/2023
```

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| **Dominic English,** | |
| **Plaintiff,** | |
| **-against-** | |
| **Urban Resource Institute,** | |
| **Defendant.** | |

**1:23-cv-00745 (SDA)**

**ORDER OF DISMISSAL**

**STEWART D. AARON, UNITED STATES MAGISTRATE JUDGE:**

WHEREAS, on August 7, 2023, the Court preliminarily approved the settlement in this action in accordance with *Cheeks v. Freeport Pancake House, Inc.*, 796 F.3d 199 (2d Cir. 2015), pending submission of a fully executed Settlement Agreement (8/7/2023 Order, ECF No. 27); and

WHEREAS, on August 8, 2023, the parties filed the fully executed Settlement Agreement (ECF No. 28).

NOW, THEREFORE, it is hereby Ordered that this action is dismissed with prejudice and without costs except as may be stated in the Settlement Agreement. The Clerk of Court is respectfully requested to close this case.

**SO ORDERED.**

DATED:      New York, New York
            August 9, 2023

_____
STEWART D. AARON
United States Magistrate Judge